JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE LUIS HERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>R. GROUNDS, Warden,<br><br>    Respondent. | CV NO. 10-5589-SVW(AJW)<br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 4/27/11

_____
Stephen V. Wilson
United States District Judge